FILED
CLERK, U.S. DISTRICT COURT

JUN 1 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY SEVIER,<br><br>            Petitioner,<br><br>     v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>            Respondent. | NO. CV 05-2410 ODW (FMO)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1.     Judgment shall be entered dismissing the action with prejudice.

2.     The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: ___06/18/2008___, ~~2008~~.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE