FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY SEVIER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>　　　　　Respondent. | NO. CV 05-2410 ODW (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _June 18_, 2008.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE